# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 01, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-11370   Yan v. Pigg
               USDC No. 4:23-CV-758

The court has consolidated cases 25-11370 and 26-10286. 25-11370 is designated as the lead case. All future filings must be filed in 25-11370 and applied to 26-10286.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Lisa E. Ferrara*

        By: _____
        Lisa E. Ferrara, Deputy Clerk
        504-310-7675

Ms. Caroline Cyrier
Mr. Michael G. Graham
Ms. Melissa D. Hill
Mr. Tyler James Hill
Mr. Roland K. Johnson
Ms. Amanda Marie Kates
Mr. Royce A. Lemoine
Mr. Melvin Keith Ogle
Ms. Katherine E. Owens
Mr. William A. Pigg
Ms. Mallory Schuit
Mr. Conghua Yan

P.S. to Counsel and Mr. Yan: A revised copy of the caption is enclosed for future filings.

_____

Case No. 25-11370

_____

Conghua Yan,

        Plaintiff - Appellant

v.

William A. Pigg, in Individual Capacity, as Member of the State of Texas,

        Defendant - Appellee

consolidated with

_____

No. 26-10286

_____

Conghua Yan,

        Plaintiff - Appellant

v.

The State Bar of Texas, a private company; The Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in individual capacity, as member of the State Bar of Texas and official capacity as Associated Judge; Tarrant County; U.S. Bank,

        Defendants - Appellees