# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 5, 2026

Lyle W. Cayce
Clerk

No. 25-11370

CONGHUA YAN,

*Plaintiff—Appellant*,

*versus*

WILLIAM A. PIGG, *in Individual Capacity, as Member of the State of Texas*,

*Defendant—Appellee*,

CONSOLIDATED WITH

No. 26-10286

CONGHUA YAN,

*Plaintiff—Appellant*,

*versus*

THE STATE BAR OF TEXAS, *a private company*; THE BARROWS FIRM, *a private company*; LESLIE STARR BARROWS, *in Individual Capacity, as Member of the State Bar of Texas*; WILLIAM ALBERT PIGG, *in Individual Capacity, as Member of the State of Texas*; SAMANTHA YBARRA, *in Individual Capacity, as Member of the State Bar of Texas*; LUIS JESUS MARIN, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the*

*CDC*; Daniel Eulalio Martinez, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; Rachel Ann Craig, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; Lori L. Deangelis, *in individual capacity, as member of the State Bar of Texas and official capacity as Associated Judge*; Tarrant County; U.S. Bank,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

_____

ORDER:

IT IS ORDERED that appellant Yan's opposed motion to file a brief in excess word count, not to exceed 22,000 words, in No. 26-10286 is GRANTED IN PART. Yan may file a brief not to exceed 17,500 words.

IT IS FURTHER ORDERED that Yan's opposed, alternative motion for a fourteen-day extension of time to file brief in No. 26-10286 is GRANTED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*Chief Judge*