# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10286    Yan v. State Bar of TX
USDC No. 4:23-CV-758

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Ms. Caroline Cyrier
Mr. Michael G. Graham
Ms. Melissa D. Hill
Mr. Tyler James Hill
Mr. Roland K. Johnson
Ms. Amanda Marie Kates
Mr. Royce A. Lemoine
Mr. Melvin Keith Ogle
Ms. Katherine E. Owens
Mr. William A. Pigg
Ms. Mallory Schuit
Mr. Conghua Yan