# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 26, 2026

Lyle W. Cayce
Clerk

————————

No. 25-11370

————————

CONGHUA YAN,

*Plaintiff—Appellant*,

*versus*

WILLIAM A. PIGG, *in Individual Capacity, as Member of the State of Texas*,

*Defendant—Appellee*,

CONSOLIDATED WITH

————————

No. 26-10286

————————

CONGHUA YAN,

*Plaintiff—Appellant*,

*versus*

THE STATE BAR OF TEXAS, *a private company*; THE BARROWS FIRM, *a private company*; LESLIE STARR BARROWS, *in Individual Capacity, as Member of the State Bar of Texas*; WILLIAM ALBERT PIGG, *in Individual Capacity, as Member of the State of Texas*; SAMANTHA YBARRA, *in Individual Capacity, as Member of the State Bar of Texas*; LUIS JESUS MARIN, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; DANIEL EULALIO MARTINEZ, *in Individual Capacity, as Member*

*of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; RACHEL ANN CRAIG, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; LORI L. DEANGELIS, *in individual capacity, as member of the State Bar of Texas and official capacity as Associated Judge*; TARRANT COUNTY; U.S. BANK,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

_____

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of June 26, 2026 as to Tarrant County in 26-10286 only, pursuant to the joint motion of the parties.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Lisa E. Ferrara*

By: _____
Lisa E. Ferrara, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT