# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
### No. 26-10286

**CONGHUA YAN,**
Plaintiff-Appellant,

v.

**THE STATE BAR OF TEXAS, ET AL.,**
Defendants-Appellees.

**PROPOSED MOTION FOR LEAVE TO FILE BRIEF OF 84 INDIVIDUAL AMICI CURIAE**
**AND, IF NECESSARY, TO ACCEPT THE BRIEF OUT OF TIME**
**IN SUPPORT OF APPELLANT AND VACATUR**

*On Appeal from the United States District Court*
*for the Northern District of Texas, Fort Worth Division*
*Civil Action No. 4:23-CV-00758-Y*

Respectfully submitted,
**Amici Curiae**

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel certifies that, in addition to the persons and entities identified in the parties' certificates of interested persons, the proposed amici curiae are the individuals listed in the Signature section to the accompanying proposed brief. The proposed amici are individuals of the public, not a corporation or association. To counsel's knowledge, no other person or entity has an interest in this motion requiring disclosure under Fifth Circuit Rule 28.2.1.

**MOTION**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2)-(3) and Fifth Circuit Rule 29.1, the 84 individuals identified in the Signature Section respectfully move for leave to file the accompanying brief as amici curiae in support of Plaintiff-Appellant Conghua Yan and vacatur.

**1. The proposed amici have a substantial public interest in the federal question.**

The proposed amici are litigants and former litigants from multiple States who are concerned with the practical availability of federal remedies when alleged attorney misconduct, state-court process, and federally protected rights intersect. Many amici and similarly situated citizens are elderly, medically vulnerable, disabled, or financially depleted litigants who lack the resources to endure years of procedural rerouting before any court reaches the federal question. They do not seek to add evidence, adjudicate disputed allegations, or repeat Appellant's party-

Pg. 2

specific arguments. Their interest is whether federal courts will decide pleaded federal claims under the governing federal framework, or whether categorical relabeling and procedural delay will make those claims practically unavailable to the people least able to withstand the process.

**2. The proposed brief will assist the Court without duplicating the principal briefs.**

The proposed brief focuses narrowly on the national structure of ERISA safeguards: the anti-alienation rule, the limited QDRO exception, the statutory definition of an alternate payee, the plan administrator's qualification responsibility, and the separate-accounting requirement while qualification is unresolved. It then explains why the allegations identified in the record present a systemic accountability concern when each institution relies on another institution's untested assumption. This institutional-risk analysis is distinct from Appellant's more detailed party-specific claims and remedial arguments.

**3. The matters addressed are relevant to disposition.**

The district court dismissed the action at the pleading stage. The proposed brief explains why a disputed domestic-relations label cannot substitute for the federal qualification inquiry Congress prescribed, and why vacatur and remand are appropriate without requiring this Court to decide disputed facts in the first instance. The proposed brief also addresses Brown v. Continental Airlines, Inc., 647 F.3d 221 (5th Cir. 2011), to distinguish an impermissible subjective-motive

investigation from the objective statutory questions presented by the alleged qualification and separate-accounting defects.

**4. Good cause supports acceptance of the brief out of time.**

The proposed amici recognize that Federal Rule of Appellate Procedure 29(a)(6) and Fifth Circuit Rule 29.1 contemplate filing within seven days after the supported party's principal brief. The proposed amici respectfully request acceptance out of time because **the clerk of the Fifth US Circuit did not docket appellant's brief until Monday July 6, 2026 but retroactively backdated it to June 22, 2026 – therefore publicly appellant's brief was not published until Monday July 6, 2026**.

The brief is submitted promptly after publishing of Appellant's brief within 7 days and is limited to issues already preserved in the appeal.

Acceptance will not unfairly prejudice any party because the Court may specify a time for any response under Rule 29(a)(6).

## PRAYER

The Court should grant leave to file the accompanying brief of 84 individual amici curiae in support of Appellant and vacatur and, if necessary, accept the brief out of time.

Respectfully submitted,

The Undersigned Amici Curiae,
Each Signing for Himself or
Herself Only.

**Amici Curiae**

/s/ Claudia Jacobs
Claudia Jacobs
5943 Brushy Creek Trail
Dallas, Texas 75252
Phone: (312) 590-0634
Email: megilymom@gnail.com

/s/ Lexter Roberts
Lexter Roberts
2220 W Mission Lane
Phoenix, AZ 85021
Phone: (313) 424-8568
Email: lextercarl@hotmail.com

/s/ Jodi Briley
Jodi Briley
12 Trine AVE
Mt Holly Springs, PA 17062
Phone: (717) 962-1218
Email: 5k4life2011@gmail.com

*/s/ Jason Clayton*
Jason Clayton
2401 W Spring Creek Pkwy
Plano, TX 75023
Phone: (310) 600-4369
Email:
Claytonjason582@hotmail.com

*/s/ Cassandra Kershaw*
Cassandra Kershaw
26622 S 206th Rd
Henryetta, Oklahoma 74437
Phone: (918) 600-4490
Email: cassykershaw85@gmail.com

*/s/ Christopher Kershaw*
Christopher Kershaw
26622 S 206th Rd
Henryetta, OK 74437
Phone: (316) 226-6818
Email: isakershaw@gmail.com

*/s/ Holly Richards*
Holly Richards
1256 Greenville BLVD SW
Greenville, NC 28501
Phone: (252) 560-1774
Email: hrichards752@gmail.com

*/s/ Charles David Hudson*
Charles David Hudson
5315 Oakland St
Philadelphia, Pennsylvania 19124
Phone: (267) 708-3639
Email: Bestdadash68@gmail.com

*/s/ Long Dao*
Long Dao
2403 Jo Lyn Ln
Arlington, TX 76014
Phone: (817) 456-0918
Email: Longngan150714@gmail.com

*/s/ Christopher J Millan*
Christopher J Millan
8763 Buena pl
Windermere, FL 34786
Phone: (407) 994-8023
Email: Millantravel23@gmail.com

*/s/ Jacob M Leary*
Jacob M Leary
1733 Avenue E
Council Bluffs, Iowa 51501
Phone: (712) 355-6055
Email: jleary6946777@gmail.com

*/s/ Cody baker*
Cody baker
1211 6th ave
Council bluffs, Iowa 51501
Phone: (712) 304-9709
Email: bakercody223@gmail.com

*/s/ Aisha Gase*
Aisha Gase
1223 Avenue L
Haines City, Florida 33844
Phone: (863) 801-8280
Email:
Liceclinicscleveland@gmail.com

*/s/ Diverson Charles*
Diverson Charles
317 Craddock Ave
San Marcos, Texas 78666
Phone: (737) 344-8642
Email: cdwayne14@aol.com

*/s/ Fred Moyse*
Fred Moyse
13016 Bloomfield st
Studio city, CA 91604
Phone: (310) 817-1455
Email: Bigefred@hotmail.com

*/s/ Drinda Richard's*
Drinda Richard's
191 smith hill
Cario, WV 26337
Phone: (740) 652-0142
Email: Drindar@yahoo.com

*/s/ Jason E Miller*
Jason E Miller
1301 N Shore Dr
Cisco, TX 76437
Phone: (325) 864-9129
Email: Jason.eu.miller@gmail.com

*/s/ Cherryl D Brenner*
Cherryl D Brenner
519-2 W. Jeansonne St.
Gonzales, Louisiana 70737
Phone: (225) 317-6193
Email: Cherrylbrenner@gmail.com

*/s/ Lawrence j Kopp*
Lawrence j Kopp
2108 woodmont avenue
Arnold, PA 15068
Phone: (469) 325-2651
Email: Lkopp67@icloud.com

*/s/ Mullally Ed*
Mullally Ed
62 S. Phillips Ave
Remsenburg, New York 11960
Phone: (631) 574-0499
Email: Mullallyed@gmail.com

*/s/ Dayna Mooney*
Dayna Mooney
613 N Ponderosa Way
Mustang, OK 73064
Phone: (405) 479-5648
Email: Mooney.dayna@gmail.com

*/s/ Yeng Vang*
Yeng Vang
1028 W Sierra Ln
Mequon, WI 53092
Phone: (414) 388-2666
Email: yengvnncr@gmail.com

*/s/ Shannon senger*
Shannon senger
733 mahogany dr
Anna, Texas 75409
Phone: (214) 400-8116
Email: Sengers2005@gmail.com

*/s/ Vem Miller*
Vem Miller
341 North Montebello Blvd
Montebello, CA 90640
Phone: (310) 497-0650
Email: vemmiller@protonmail.com

*/s/ Rebecca Hobbs*
Rebecca Hobbs
3934 Roanoke Dr
Garland, TX 75041
Phone: (214) 415-2658
Email: Rebecca@luxegypsie.com

*/s/ Jamie Meade*
Jamie Meade
1713 Morrison Road
Fremont, Ohio 43420
Phone: (419) 307-2324
Email: Jamiemeade88@iCloud.com

*/s/ Nicholas Bolshakov*
Nicholas Bolshakov
20 north frazier avenue
Wheeling, WV 26003
Phone: (304) 312-2150
Email: Nbolshakov@hotmail.com

*/s/ Christie Story*
Christie Story
201 SE Avondale Ave
Bartlesville, OK 74006-2561
Phone: (918) 306-2586
Email: christiestory9@gmail.com

*/s/ Roger sean norton*
Roger sean norton
5161 trussell ave
Columbus, Georgia 31904
Phone: (706) 566-9131
Email: Seannorton617@gmail.com

*/s/ Kim Cline*
Kim Cline
264 Lakeview ave
Clifton, NJ 07011
Phone: 862-301-670
Email: Kimmarie829@yahoo.com

*/s/ Kari Caudill*
Kari Caudill
570 Jefferson Dr Unit 111
Deerfield Beach, FL 33442
Phone: (317) 518-1326
Email: Karijcaudill@outlook.com

*/s/ Elizabeth Khumprakob*
Elizabeth Khumprakob
829 Glenbrook Rd.
Boardman, OH 44512
Phone: (330) 518-3677
Email: lizkhumprakob@gmail.com

*/s/ Angela Granger*
Angela Granger
1794 Warren Road
Lorena, TX 76655
Phone: (254) 420-4121
Email: Amrgranger@gmail.com

*/s/ Rocco Mantro*
Rocco Mantro
1435 West Duchesne Dr
Florissant, Missouri 63031
Phone: (314) 874-2545
Email: sean19930lay@gmail.com

*/s/ Nicole Amill*
Nicole Amill
538 Washington ave
Lorain, Ohio 44052
Phone: (440) 752-0446
Email: Amillyn111@gmail.com

*/s/ Jennifer Harper*
Jennifer Harper
1701 Thames Dr Apt 119
Corpus Christi, Texas 78412
Phone: (361) 343-1722
Email: harperglow777@yahoo.com

*/s/ Dustin King*
Dustin King
201 east maumee apt 400
Adrian, Michigan 49221
Phone: (517) 276-0215
Email: Dustinking21623@gmail.com

*/s/ Melody*
Melody
111 jonquil dr
Inman, SC 29349
Phone: (719) 582-3415
Email: Melpharmd10@gmail.com

*/s/ Carla Blankenship*
Carla Blankenship
301 West Petty Ln
Winchester, Tennessee 37398
Phone: (931) 967-5086
Email:
Plumbingrepairwork1973@gmail.co
m

*/s/ John Blankenship*
John Blankenship
301 West Petty Ln
Winchester, Tennessee 37398
Phone: (931) 455-6536
Email:
Johnblankenship1968@gmail.com

*/s/ Joseph Montoya*
Joseph Montoya
700 w Asbury Ave
Denver, Colorado 80223
Phone: (719) 937-1600
Email:
Josephmontnewyear@gmail.com

*/s/ Jerod Hollingworth*
Jerod Hollingworth
131 Firman Ave.
Hoquiam, WA 98550
Phone: (360) 388-6076
Email: jerodh_79@yahoo.com

*/s/ Demetrice Inez Gwyn*
Demetrice Inez Gwyn
4806 Legend Creek Dr
Fulshear, TX 77441
Phone: (540) 664-3589
Email: imundymorgan@gmail.com

*/s/ Zakir Sarker*
Zakir Sarker
459 Kingsmere Blvd.
Saskatoon, Saskatchewan S7J 3T9
Phone: (639) 318-0203
Email:
zakir01817516689@gmail.com

Pg. 12

*/s/ Melissa Gonzales*
Melissa Gonzales
301 Lakeshore Blvd. N., Apt. 2115
Slidell, Louisiana 70461
Phone: (985) 768-2490
Email: MISSYG2871@gmail.com

*/s/ Yollia Allen*
Yollia Allen
305 Peachtree Village
Hackettstown, NJ 07840
Phone: (973) 932-7188
Email: Yollia.allen@gmail.com

*/s/ Justin McDonald*
Justin McDonald
26586 Joseph Rd
Hockley, Texas 77447
Phone: (979) 277-4187
Email:
Justin.mcdonald13@outlook.com

*/s/ Ahmad Mustafa Farooq*
Ahmad Mustafa Farooq
2616 Winfield Dr
Plano, TX 75023
Phone: (214) 400-4483
Email: mustafa.amf88@gmail.com

*/s/ Muhammad Omar Farooq*
Muhammad Omar Farooq
3248 Steven Dr
Plano, TX 75023
Phone: (903) 900-2166
Email: omarfarooqpsl@gmail.com

*/s/ Hira K. Mahmood*
Hira K. Mahmood
2616 Winfield Dr
Plano, TX 75023
Phone: (903) 900-2166
Email: omarfarooqpsl@gmail.com

*/s/ Amna Ahmad*
Amna Ahmad
2616 Winfield Dr
Plano, TX 75023
Phone: (214) 400-4483
Email: farooq.amf88@gmail.com

*/s/ Amtal Aziz*
Amtal Aziz
3500 S Echo Trl
Plano, TX 75023
Phone: (469) 247-5525
Email: tfmy2k@yahoo.com

*/s/ Abdullah Farooq*
Abdullah Farooq
3500 S Echo Trl
Plano, TX 75023
Phone: (214) 940-8080
Email: tfmy2k@yahoo.com

*/s/ Farkhanda Farooq*
Farkhanda Farooq
413 Colony Dr
Allen, TX 75013
Phone: (214) 906-0423
Email: farkhandaav@gmail.com

*/s/ IbrahimValliani*
IbrahimValliani
413 Colony Dr
Allen, TX 75013
Phone: (214) 416-6049
Email: farkhandaav@gmail.com

*/s/ Abdulkarim Valliani*
Abdulkarim Valliani
413 Colony Dr
Allen, TX 75013
Phone: (469) 740-3815
Email: farkhandaav@gmail.com

*/s/ Anis Valliani*
Anis Valliani
413 Colony Dr
Allen, TX 75013
Phone: (214) 400-4483
Email: farkhandaav@gmail.com

*/s/ Frank Porras*
Frank Porras
15302 Judson Rd
San Antonio, Texas 78247
Phone: (210) 380-0557
Email: frankiedrum_98@yahoo.com

*/s/ Rebekah whitener*
Rebekah whitener
214 Cooper church Rd Lot 32
Leesville, Louisiana 71446
Phone: (337) 208-6164
Email:
rebekahwhitener32@gmail.com

*/s/ Courtney Marchbanks*
Courtney Marchbanks
6802 Gaston Ct
Amarillo, Texas 79119
Phone: (806) 382-3629
Email: Courtney.brook@ymail.com

*/s/ Amir Rahman*
Amir Rahman
8915 Happiness Rd
Haarisburg, NC 28985
Phone: (704) 794-7692
Email: rahman1079@gmail.com

*/s/ Angela Cagwin*
Angela Cagwin
112 Laura Lane
New Lenox, IL 60451
Phone: (815) 955-3092
Email: Angietrend@yahoo.com

*/s/ Amber Timmons*
Amber Timmons
192 kemp cres
Stratford, Ontario N5A5C5
Phone: (437) 328-1639
Email: Timmons33@outlook.com

*/s/ Deanna Leigh Grayston*
Deanna Leigh Grayston
2754 Kumquat Dr
Clearwater, Florida 33759
Phone: (727) 219-8542
Email: Deannagrayston@yahoo.com

*/s/ Nicola James*
Nicola James
12 Fieldon drive
Warwickshire, Warwickshire CV9
2FT
Phone: 07538 880927
Email:
Nicolagriffiths11787@icloud.com

*/s/ Paul Wesley Hoehn*
Paul Wesley Hoehn
6474 FM 2722
New Braunfels, Texas 78132
Phone: (830) 660-2645
Email: pkhoehn@gmail.com

*/s/ Terrence Wilson*
Terrence Wilson
8330 Willow Place Dr S #511
Houston, Texas 77070
Phone: (832) 887-6199
Email: Debonaire77@gmail.com

*/s/ Julie Belshe*
Julie Belshe
9505 Grenville Ave
Las Vegas, Nevada 89134
Phone: (702) 502-4033
Email: Nglm24@yahoo.com

*/s/ Steven Ehrgott*
Steven Ehrgott
11 Broad Cove Drive
Cocord, New Hampshire 03303
Phone: (603) 753-1174
Email: sehrg123@gmail.com

*/s/ Erin Christine Ball*
Erin Christine Ball
13110 madrone mountain way
Austin, Texas 78837
Phone: (512) 801-6677
Email: Erinball0925@yahoo.com

*/s/ Joseph J. McKernan CISA CISSP*
Joseph J. McKernan CISA CISSP
7717 Radford Cir
Plano, Texas 75025-2867
Phone: (972) 527-0329
Email: Joe.mckernan@gmail.com

*/s/ Rosa DeCarlo*
Rosa DeCarlo
9934 nw 36th st
Plantation, FL 33324
Phone: (305) 762-0649
Email: Roxylove83@gmail.com

*/s/ William Anthony Springs*
William Anthony Springs
1908 Shooting Star Ln
Southlake, TX 76092
Phone: (571) 748-8248
Email: tony.springs@verizon.net

*/s/ Robin Hackenbruch*
Robin Hackenbruch
2S723 Winchester Cir E Unit 2
Warrenville, IL 60555
Phone: (830) 802-5376
Email: robinh11@live.com

*/s/ Myron Campbell*
Myron Campbell
1499 blake st
Denver, CO 80202
Phone: (479) 879-6933
Email:
Myroncampbell81@gmail.com

*/s/ Idalia Martinez*
Idalia Martinez
26622 Bass Blvd
Harlingen, Texas 78552
Phone: (956) 793-1066
Email:
martinezidalia709@yahoo.com

*/s/ Dana Lynn Foust*
Dana Lynn Foust
3120 North Mockingbird Lane
Midlothian, Texas 76065
Phone: (214) 636-5532
Email: Got2haveOxygen@yahoo.com

*/s/ Marta Bryceland*
Marta Bryceland
502 Livingston Ct
Edgewater, NJ 07020
Phone: (201) 397-8058
Email:
martamsankowska@gmail.com

*/s/ Haywood D. Bradley*
Haywood D. Bradley
3312 McShane way
Dundalk, Maryland 21222
Phone: (443) 760-2516
Email: Waverly1835@gmail.com

*/s/ Anna Jo Delver*
Anna Jo Delver
59 Forest Ridge Circle
Bronston, Kentucky 42518
Phone: (606) 766-7275
Email: annadelver72@gmail.com

*/s/ Tara campbell*
Tara campbell
5420 co rd 20
Leesburg, Alabama 35983
Phone: (256) 523-2832
Email: Taramonteith5@gmail.com

*/s/ David Fleshman*
David Fleshman
912 Thousand Pines Dr
Fenton, MO 63026-6709
Phone: (314) 230-2478
Email:
daveandrayscontractingstl@gmail.co
m

*/s/ Cailin Doyle*
Cailin Doyle
2410 Great Oaks Drive, #402
Round Rock, Texas 78681
Phone: (512) 947-3893
Email: Cailin.Larissa8@gmail.com

*/s/ Sandra Parker*
Sandra Parker
4502 Corona Dr #23C
Corpus Christi, Texas 78411
Phone: (361) 260-5162
Email:
sandraparker08161958@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2026, this motion was served on all counsel of record and all unrepresented parties through the appellate CM/ECF system or by another authorized method.

**Amici Curiae**