**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 14, 2026

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

No. 26-10286    Yan v. State Bar of TX
USDC No. 4:23-CV-758
USDC No. 4:23-CV-758

Dear Mr. Yan,

28j) material cannot be filed prior to other parties' briefs being filed. We are taking no action on this document.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc:
    Ms. Caroline Cyrier
    Mr. Michael G. Graham
    Ms. Melissa D. Hill
    Mr. Tyler James Hill
    Mr. Jon-William Nathaniel James
    Mr. Roland K. Johnson
    Ms. Amanda Marie Kates
    Mr. Royce A. Lemoine
    Ms. Katherine E. Owens
    Mr. William A. Pigg
    Ms. Mallory Schuit