# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 15, 2026

Ms. Caroline Cyrier
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102


Mr. Michael G. Graham
State Bar of Texas
Office of Chief Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711


Ms. Melissa D. Hill
Morgan, Lewis & Bockius, L.L.P.
101 Park Avenue
New York, NY 10178


Mr. Tyler James Hill
Morgan, Lewis & Bockius, L.L.P.
1717 Main Street
Suite 3200
Dallas, TX 75201-7347


Mr. Jon-William Nathaniel James
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102


Mr. Roland K. Johnson
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102


Ms. Amanda Marie Kates
State Bar of Texas
Office of the Chief Disciplinary Counsel
1414 Colorado
Austin, TX 78701

Mr. Royce A. Lemoine
State Bar of Texas
1414 Colorado Street
Austin, TX 78701


Ms. Katherine E. Owens
Tarrant County Criminal District Attorney
Civil Division
401 W. Belknap Street
9th Floor
Fort Worth, TX 76102


Mr. William A. Pigg
10455 N. Central Expressway
Suite 109
Dallas, TX 75231


Ms. Mallory Schuit
Tarrant County Criminal District Attorney
401 W. Belknap
9th Floor
Fort Worth, TX 76196


Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092


    No. 25-11370   Yan v. Pigg
             USDC No. 4:23-CV-758

Please disregard the docketing notice sent on July 14, 2026
stating that no action would be taken on the Rule 28(J) material
filed by the appellant. It has now been filed into the appeal.

             Sincerely,

             LYLE W. CAYCE, Clerk

             *Rebecca Jeanfreau*

             By: _____
             Rebecca L. Jeanfreau, Deputy Clerk
             504-310-7645