# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 19, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-11370 Yan v. Pigg
Consolidated with
No. 26-10286 USDC No. 4:23-CV-758

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

Ms. Caroline Cyrier
Mr. Michael G. Graham
Ms. Melissa D. Hill
Mr. Tyler James Hill
Mr. Jon-William Nathaniel James
Mr. Roland K. Johnson
Ms. Amanda Marie Kates
Mr. Royce A. Lemoine
Ms. Katherine E. Owens
Mr. William A. Pigg
Ms. Mallory Schuit
Mr. Conghua Yan