United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2026
Lyle W. Cayce
Clerk

No. 25-11370

Conghua Yan,

*Plaintiff—Appellant*,

*versus*

William A. Pigg, *in Individual Capacity, as Member of the State of Texas*,

*Defendant—Appellee*,

consolidated with

No. 26-10286

Conghua Yan,

*Plaintiff—Appellant*,

*versus*

The State Bar of Texas, *a private company*; The Barrows Firm, *a private company*; Leslie Starr Barrows, *in Individual Capacity, as Member of the State Bar of Texas*; William Albert Pigg, *in Individual Capacity, as Member of the State of Texas*; Samantha Ybarra, *in Individual Capacity, as Member of the State Bar of Texas*; Luis Jesus Marin, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; Daniel Eulalio Martinez, *in Individual Capacity, as Member*

*of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; RACHEL ANN CRAIG, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; LORI L. DEANGELIS, *in individual capacity, as member of the State Bar of Texas and official capacity as Associated Judge*; U.S. BANK,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

---

ORDER:

IT IS ORDERED that Appellant's opposed motion to file his reply brief in excess word count, not to exceed 34,439 words is GRANTED.

IT IS FURTHER ORDERED that Appellant's alternative opposed motion to file 5 separate reply briefs is DENIED.

IT IS FURTHER ORDERED that Appellant's opposed motion for an extension of time of 21 days to file his reply brief is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*