# In the United States Court of Appeals for the Fifth Circuit

No. 25-11370

Conghua Yan,

Plaintiff– Appellant,

v.

William A. Pigg, *in Individual Capacity, as Member of the State of Texas,*

Defendant – Appellee,

CONSOLIDATED WITH

No. 26-10286

Conghua Yan,

Plaintiff – Appellant

v.

State Bar of Texas, a private company; Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William A. Pigg, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and official capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in individual capacity, as member of the State Bar of Texas and official capacity as Associated Judge; Tarrant County; U.S. Bank,

Defendants – Appellees

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division
USDC No. 4:23-CV-758

## UNOPPOSED MOTION TO WITHDRAW

TO THE HONORABLE JUDGES OF THE FIFTH CIRCUIT:

Tarrant County Assistant Criminal District Attorney Mallory Schuit asks this Court to allow her to withdraw as counsel for Defendant-Appellees Lori DeAngelis and Tarrant County. There is good cause for this Court to grant the motion to withdraw. Under Texas law, the Tarrant County Criminal District Attorney is the authorized authority charged with the representation responsibility for these Defendants. Ms. Schuit has decided to pursue another career opportunity and will no longer be employed at the Tarrant County Criminal District Attorney's Office after September 18, 2026. Assistant Criminal District Attorney Katherine Owens, who is already on the pleadings, will continue representation of Lori DeAngelis and Tarrant County in this matter.

This motion is unopposed and will not delay the proceedings.

Accordingly, Ms. Schuit respectfully requests that this Court permit her to withdraw from representation of Defendant-Appellees, Lori DeAngelis and Tarrant County.

Respectfully submitted,

PHIL SORRELLS
Criminal District Attorney
Tarrant County, Texas

*/s/ Mallory A. Schuit*
Mallory A. Schuit
State Bar No. 24078212
maschuit@tarrantcountytx.gov
KATHERINE E. OWENS
State Bar No. 24081683
keowens@tarrantcountytx.gov

Assistant Criminal District Attorneys
Tim Curry Criminal Justice Center
401 West Belknap, 9th Floor
Fort Worth, Texas 76196-0201
(817) 884-1233 – Telephone
(817) 884-1675 – Facsimile

**Attorneys for Defendant-Appellees Lori DeAngelis and Tarrant County**

## CERTIFICATE OF CONFERENCE

I have conferred with Mr. Conghua Yan, *Pro Se* Plaintiff, about this motion, and he is not opposed. I have also emailed all co-counsel who have indicated that they are unopposed.

*/s/ Mallory A. Schuit*
Mallory A. Schuit
Assistant Criminal District Attorney

## CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

The undersigned counsel certifies this response complies with the type-volume limitation of FED. R. APP. P. 27 because this response contains 135 words as computed by the word-processing system used to prepare this response.

This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Windows, version 10 in 14-point Georgia typeface (other than footnotes, which are in 12-point Georgia typeface per 5TH CIR. R. 32.1).

*/s/Mallory A. Schuit*
Mallory A. Schuit

Dated: September 15, 2026.

## CERTIFICATE OF SERVICE

On September 15, 2026, I served a copy of the above document on all parties as required under Rule 21a.

*/s/ Mallory A. Schuit*
Mallory A. Schuit
Assistant Criminal District Attorney