# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
Oct 29, 2026
FIFTH CIRCUIT

No. 25-11370

CONGHUA YAN,
Plaintiff–Appellant,

v.

WILLIAM A. PIGG,
Defendant–Appellee.

Consolidated with No. 26-10286

CONGHUA YAN,
Plaintiff–Appellant,

v.

STATE BAR OF TEXAS, ET AL.,
Defendants–Appellees.

## APPELLANT'S NOTICE OF PUBLIC AVAILABILITY OF HIS PRESENTATION OF PREVIOUSLY BRIEFED ISSUES

Appellant Conghua Yan provides this **notice of his public presentation** of documentary comparisons concerning issues addressed in his opening and reply briefs in these consolidated appeals.

The presentation includes the illustrations reproduced below.

https://youtu.be/q602L8aa7X8

https://youtu.be/6TGnI1TYYUc

The public presentation concerns the recasting of attorney's fees as spousal support that Yan challenges in his briefs. The comparison is between the April 13, 2022 fee report, the later instrument's support recital, and the August 5, 2022 correspondence about the wording needed to obtain the retirement funds. See Reply Br. §§ IV.A–C; ECF No. 60 at 87, 146, 148–49.

The discussion also concerns Yan's contention that the relevant dismissal analysis did not address the alleged alteration before treating the distribution as a payment of spousal support. See Reply Br. §§ IV.A–C, VIII; ECF No. 148 at 15–18.

**Sunlight is the best disinfectant**. Yan **makes this presentation public so that anyone can examine** the lawyers' alleged agreement to obtain attorney's fees from his retirement funds by recasting them as spousal support. This is the conspiracy alleged in his briefs. See Reply Br. §§ V.H–I. The cited documents allow **the public to evaluate that allegation** directly.

**Judicial integrity, in Yan's view, requires addressing the documentary contradictions he has identified**. **The legal profession should have confronted the alleged practice years ago, without leaving a pro se litigant to expose it**. His concern is that accepting the disputed support recital without addressing the alleged alteration **undermines the appearance of impartial adjudication and public confidence in the courts.**

The accompanying illustrations are designed to explain the challenged fee-to-support characterization in about one minute. The castle represents ERISA's protections and its QDRO exception. The final scene depicts Yan's concern about repetition of the alleged practice.




An allegory of ERISA protections and the QDRO exception.


THE SAME FEE, A DIFFERENT CLOAK
Yan's allegation in pictures
ERISA PENSION FUND
A fee bill is not an entry pass.
ERISA ACT
LESLIE BARROWS
ATTORNEY'S FEES
LESLIE BARROWS
SPOUSAL SUPPORT
ATTORNEY'S FEES
The clothing changes. The fee underneath remains.
ERISA PENSION FUND
ERISA ACT
SPOUSAL SUPPORT
ATTORNEY'S FEES
PENSION FUNDS
PENSION FUNDS
PENSION FUNDS
Yan alleges that the support label enabled the pension payment.
Illustrative allegation, not a court finding.


WHAT IF A LABEL WERE ENOUGH?
The risk Yan asks the public to consider
ERISA PENSION FUND
ERISA ACT
ERISA ACT
CHILD SUPPORT
SPOUSAL SUPPORT
CHILD SUPPORT
ATTORNEYS FEES
SPOUSAL SUPPORT
ATTORNEYS FEES
SPOUSAL SUPPORT
CHILD SUPPORT
SPOUSAL SUPPORT
PENSION FUNDS
PENSION FUNDS
PENSION FUNDS
SPOUSAL SUPPORT
ATTORNEYS FEES
PENSION FUNDS
PENSION FUNDS
PENSION FUNDS
TEXAS
If the label replaces the legal test, how far could the practice spread?
A hypothetical warning — not a finding that all Texas lawyers do this.

Respectfully submitted,

_/s/ Conghua Yan_
Conghua Yan
Plaintiff–Appellant, Pro Se
2140 E. Southlake Boulevard, Suite L-439
Southlake, Texas 76092
Telephone: 214-228-1886
Email: arnold200@gmail.com

Date: October 29, 2026

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I sent a true and correct copy of this notice, including all three illustrations, as a PDF attachment by email to the following persons at the addresses listed below:

J. Nathaniel James
njames@hfblaw.com

Caroline M. Cyrier
ccyrier@hfblaw.com

Roland K. Johnson
rolandjohnson@hfblaw.com

Michael G. Graham
Michael.Graham@texasbar.com

Amanda M. Kates
amanda.kates@texasbar.com

Royce A. LeMoine
rlemoine@texasbar.com; royce.lemoine@texasbar.com

Katherine E. Owens
keowens@tarrantcountytx.gov

William A. Pigg
wapigg@pigglawfirm.com

Tyler J. Hill
tyler.j.hill@morganlewis.com

Melissa D. Hill
melissa.hill@morganlewis.com

*/s/ Conghua Yan*
Conghua Yan